# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIK MARKARIAN,<br><br>          Petitioner,<br><br>    v.<br><br>PLEASANT VALLEY STATE PRISON, WARDEN JAMES YATES,<br><br>          Respondent. | 1:07-CV-00162-LJO-DLB-HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **March 14, 2007**                    **/s/ Dennis L. Beck**
23ehd0                                         UNITED STATES MAGISTRATE JUDGE