**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIK MARKARIAN, | CV F  07-00162 LJO DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| JAMES YATES, | [Doc. 6] |
| Respondent. / | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 8, 2007, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On May 29, 2007, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 8, 2007, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED;

1          3.      The Clerk of the Court is DIRECTED to close this action.

2

3   IT IS SO ORDERED.

4   **Dated:      June 13, 2007**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE