1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9    ARMIK MARKARIAN,                              1:07-CV-00162 LJO DLB HC

10                    Petitioner,                  ORDER DECLINING TO ISSUE
                                                   CERTIFICATE OF APPEALABILITY
11           v.
                                                   [Doc. 10]
12
     PLEASANT VALLEY STATE PRISON,
13   et.al.,

14                    Respondent.
                                                          /
15   _____

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18          On June 14, 2007, the undersigned adopted the Findings and Recommendations and

19   dismissed the petition, and judgment was entered this same date.  On July 5, 2007, Petitioner

20   filed a notice of appeal.

21          Although no express request was made for a certificate of appealability, the notice of

22   appeal shall be deemed to constitute a request for a certificate.  See Fed. R.App. P. 22(b); United

23   States v. Asrar, 108 F.3d 217, 218 (9th Cir. 1997).

24          The controlling statute in determining whether to issue a certificate of appealability is 28

25   U.S.C. § 2253, which provides as follows:

26          (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
            district judge, the final order shall be subject to review, on appeal, by the court
27          of appeals for the circuit in which the proceeding is held.

28

1

1    (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.

    (c)    (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from–

        (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or

        (B) the final order in a proceeding under section 2255.

    (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

    (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

In the present case, the Court finds that reasonable jurists would not find the Court's determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further.  Petitioner has not made the required substantial showing of the denial of a constitutional right.  Accordingly, the Court hereby DENIES Petitioner's motion for certificate of appealability.

IT IS SO ORDERED.

**Dated:    July 11, 2007**               **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE